

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Rene Martinez Luna,

\* From the 441st District Court
of Midland County,
Trial Court No. CR53338.

Vs. No. 11-22-00259-CR

\* June 20, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgments below. Therefore, in accordance with this court's opinion, we modify the trial court's judgments to delete the requirement for Rene Martinez Luna to pay court-appointed attorney's fees. We also modify the district clerk's bill of costs and the order to withdraw funds from Rene Martinez Luna's inmate trust account to delete the court-appointed attorney's fees of $8,280. As modified, we affirm the judgments of the trial court.